IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 14 METAL POLISHERS 401(k) RETIREMENT PLAN FUND; and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN CICHY, Individually and d/b/a LAKESIDE RESTORATIONS, LAKE SIDE RESTORATION, LAKESIDE MARBLE RESTORATIONS, LAKESIDE MARBLE RESTORATIONS, INC.; and LAKESIDE MARBLE RESTORATIONS, INC., a dissolved Illinois corporation, <br><br> Defendants. | No. 16 C 5983 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Schenkier |

**PLAINTIFFS' MOTION FOR JUDMENT IN SUM CERTAIN**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI, and ARNOLD AND KADJAN, LLP pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, move this Court to enter judgment in a sum certain in favor of Plaintiffs and against the Defendants. In support of their Motion, the Plaintiffs state as follows:

1. This is an action to recover delinquent fringe benefit fund contributions. On June 25, 2016. the individual defendant, JOHN CICHY, was served with the Summons and Complaint. On July 22, 2016, the corporate Defendant was served.

2. On August 9, 2016, the Court entered an order defaulting the Defendants and requiring them to produce records for an audit.

3. According to the Affidavit of Richard J. Wolf, attached hereto as Exhibit 1, the

Defendants owe $36,777.41 on the audit for the period of November 1, 2015 to October 31, 2016. This amount breaks down as follows: $31,295.58 in benefits; $4,694.33 in liquidated damages; and $787.50 in audit costs.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A. Enter judgment against the Defendants John Cichy individually and d/b/a LAKESIDE RESTORATIONS, LAKE SIDE RESTORATION, LAKESIDE MARBLE RESTORATIONS, LAKESIDE MARBLE RESTORATIONS, INC.; and LAKESIDE MARBLE RESTORATIONS, INC., a dissolved corporation in the total amount of $36,777.41 for the period of November 1, 2015 through October 31, 2016 (Exhibit 2).

Respectfully submitted,

TRUSTEES OF THE DISTRICT COUNCIL et al,

By: /s/Grant R. Piechocinski
One of their attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
(312)236-0415